UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

### Case Number:09-14090-CIV-MARTINEZ-LYNCH

GLENN SMITH,

Plaintiff,

vs.

WALTER A. MCNEIL, Secretary of
Corrections, Florida Department of Corrections,

Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States

Magistrate Judge for a Report and Recommendation on Respondent's Renewed Motion to Tax

Costs **(D.E. No. 32)**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 37)**

on November 14, 2011, recommending that the Renewed Motion to Tax Costs be denied.  The

Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues

that the objections to the Magistrate Judge's Report and Recommendation present, specifically

that Respondent is entitled to costs because all documents electronically filed in the case were

mailed to petitioner and, thus,  necessarily obtained for use in the case.  This Court "*may* tax as

costs" those requested by Respondent.  *See* 28 U.S.C. § 1920.  However, this Court agrees with

Magistrate Judge Lynch's Report and Recommendation that the Renewed Motion to Tax Costs

should be denied.  As such, it is

**ADJUDGED** that United States Magistrate Judge 's Report and Recommendation **(D.E.**

**No. 37)** on November 14, 2011 is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

1.  Respondent's Renewed Motion to Tax Costs **(D.E. No. 32)** is **DENIED.**

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of January, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record
Glenn C. Smith